UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                                                   13-CV-00748-WMS

$180,825.00 UNITED STATES CURRENCY,

          Defendant.

## ORDER

Based upon the executed **STIPULATION FOR SETTLEMENT AND FORFEITURE AGREEMENT**, which was filed with this Court, in the above captioned litigation, and after review and due deliberation, it is hereby

**ORDERED,** that $137,825.00 shall be forfeited to the United States of America pursuant to Title 7, United States Code, Section 2024(b), (c) and (g) and disposed of according to law, and the remaining $43,000.00, shall be returned to the claimants, Jasbir Kaur and Shamsher Singh, through their attorney, Mark D. Grossman, Esq.

**ORDERED,** that any claims to the defendant currency are hereby forever barred and that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of this agreement.

    SO ORDERED.

Dated:  August 28, 2014

       Buffalo, NY

                                                                 s/William M. Skretny
                                                         WILLIAM M. SKRETNY
                                                             Chief Judge
                                          United States District Court